■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE BAUM, Appellant. [696 NYS2d 417] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 4, 1995 (*People v Baum,* 222 AD2d 444), affirming a judgment of the County Court, Nassau County, rendered December 8, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Friedmann, McGinity and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUINN BROWN, Appellant. [696 NYS2d 417] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered June 20, 1996, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant's argument was preserved for appellate review, remarks by the prosecutor during summation were not improper (*see,* CPL 470.05 [2]; *People v Galloway,* 54 NY2d 396).

The defendant's remaining contentions are unpreserved for appellate review, without merit, or relate to harmless error in light of the overwhelming evidence of guilt (*see, People v Crimmins,* 36 NY2d 230; *People v Blake,* 242 AD2d 728, 729). Ritter, J. P., Thompson, Altman and Friedmann, JJ., concur.